**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**WILIAN TAVERAS GOMEZ, *et al*.,**

**Plaintiffs,**

**v.**

**WILLIAM J. FEISSNER, *et al*.,**

**Defendants.**

**No. 3:08-CV-619**

**(Judge Caputo)**

**Electronically Filed**

**MOTION OF DEFENDANTS JOSHUA WINTERS, JASON ZOLA, WILLIAM FEISSNER, AND GERRY GALLAGHER FOR SUMMARY JUDGMENT**

Defendants Joshua Winters, Jason Zola, William Feissner, and Gerry Gallagher, by their attorneys and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move the Court to enter summary judgment in their favor, because there are no material facts in genuine dispute and the moving defendants are entitled to judgment as a matter of law. In support of this motion, the moving defendants have filed a Statement of Material and Undisputed Facts, a set of exhibits, and a brief.

**WHEREFORE**, the motion of defendants Joshua Winters, Jason Zola, William Feissner, and Gerry Gallagher for summary judgment should be granted.

**Respectfully submitted,**

**THOMAS W. CORBETT, JR.**
**Attorney General**

**By:** ***s/ Patrick S. Cawley***
**PATRICK S. CAWLEY**
**Deputy Attorney General**
**PA 85575**

**OFFICE OF ATTORNEY GENERAL**
**Civil Litigation Section**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Direct: (717) 783-3146**
**Fax: (717) 772-4526**

**SUSAN J. FORNEY**
**Chief Deputy Attorney General**
**Chief, Civil Litigation Section**

**Date: July 29, 2010**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILIAN TAVERAS GOMEZ, *et al*.,** | |
| **Plaintiffs,** | **No. 3:08-CV-619** |
| **v.** | **(Judge Caputo)** |
| **WILLIAM J. FEISSNER, *et al*.,** | **Electronically Filed** |
| **Defendants.** | |

**CERTIFICATE OF CONCURRENCE AND NON-CONCURRENCE**

I, Patrick S. Cawley, certify in accordance with Middle District Local Rule 7.1 that I contacted counsel for all parties regarding concurrence in this motion. Counsel for the plaintiffs does not concur with this motion. Counsel for defendants Eppley and Christino concurs with this motion.

**s/ *Patrick S. Cawley***
**PATRICK S. CAWLEY**
**Deputy Attorney General**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**WILIAN TAVERAS GOMEZ, *et al*.,**

**Plaintiffs,**

**v.**

**WILLIAM J. FEISSNER, *et al*.,**

**Defendants.**

**No. 3:08-CV-619**

**(Judge Caputo)**

**Electronically Filed**

## CERTIFICATE OF SERVICE

I, Patrick S. Cawley, Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on July 29, 2010, I caused to be served a true and correct copy of the foregoing Motion of Defendants Winters, Zola, Feissner and Gallagher for Summary Judgment to the following:

**VIA ELECTRONIC FILING**

Laurence E. Norton, II, Esq.
Community Justice Project, Inc.
118 Locust Street
Harrisburg, PA 17101
*Counsel for Plaintiffs*

Timothy S. Judge, Esquire
Assistant U.S. Attorney
235 N. Washington Avenue
Scranton, PA 18507
*Counsel for Defendants Eppley and Christino*

***s/ Patrick S. Cawley***
**PATRICK S. CAWLEY**
**Deputy Attorney General**