IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM TAVERAS GOMEZ and
BARBARA GOMEZ, ET AL.,

    Plaintiffs,

    v.

WILLIAM J. FEISSNER, ET AL.,

    Defendants.

CIVIL ACTION NO. 3:08-CV-0619

(JUDGE CAPUTO)

## ORDER

**NOW**, this 30th day of September, 2010, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to File Surreply Brief (Doc. 66) is **DENIED**.

A. Richard Caputo
United States District Judge